IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-02288-RPM

MARY ROBINSON,

        Plaintiff,

v.

DEAN FOODS COMPANY,
DEAN WEST, LLC,
SOUTHERN FOODS GROUP, LLC, d/b/a
MEADOW GOLD DAIRY,

        Defendants.
_____

ORDER OF DISMISSAL WITHOUT PREJUDICE
_____

On May 2, 2008, the defendants filed a motion to dismiss the complaint and amended complaint for insufficient service of process pursuant to Fed.R.Civ.P. 12(b)(5) and 4(m). The plaintiff's response to defendants' motion to dismiss was filed May 12, 2008. Upon considering the explanation given by plaintiff's counsel, the plaintiff has failed to show good cause for the failure to comply with the time limitations of Rule 4(m) and accordingly, it is

ORDERED that the complaint, amended complaint and this civil action are dismissed without prejudice. Counsel for the plaintiff is reminded of the provisions in Rule 1.1 and 1.3 of the Colorado Rules of Professional Responsibility applicable in this court under D.C.COLO.LCiv.R 83.4.

DATED: May 14th, 2008

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior Judge